

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )  Criminal No. 2:23-cr-270 |
| v. | )  (18 U.S.C. §§ 1591(a), 1591(b)(2), |
| | )  1591(c), 1594(a), and 2) |
| DONTE LASHAWN COLE | ) |

FILED
DEC 12 2023
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about April 8, 2023, to on or about October 13, 2023, in the Western District of Pennsylvania and elsewhere, the defendant, DONTE LASHAWN COLE, attempted to and did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, in and affecting interstate commerce, Minor A, a female minor under the age of 18 years, and did benefit financially or by receiving anything of value from participation in a venture engaged in commercial sexual acts, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor A, that Minor A had not attained the age of 18 years and that Minor A would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), 1591(c), 1594(a), and 2.

## FORFEITURE ALLEGATIONS

1. The United States hereby gives notice to the defendant charged in Count One that, pursuant to 18 U.S.C. § 1594(d), upon conviction of an offense in violation of 18 U.S.C. §§ 1591 and 1594, the defendant, DONTE LASHAWN COLE, shall forfeit to the United States of America any property that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, or any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property traceable to such property.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

*[signature]*
ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158