IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>DONTE LASHAWN COLE,<br><br>        *Defendant*. | Criminal No. 2:23-cr-270 - 1<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD: Change of Plea
DATE HEARING HELD: March 13, 2025
BEFORE: William S. Stickman IV

| | |
|---|---|
| Appearing for Government:<br>Robert Schupansky, Esquire | Appearing for Defendant:<br>Gabrielle Lee, Esquire |
| Hearing began at 11:13 a.m. | Hearing concluded at 12:11 p.m. |

Stenographer: Melissa Moore

OUTCOME:

Defendant did not proceed with his change of plea.

Defendant's oral motion for exclusion of time was granted.

The appropriate order will follow.