IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-270 |
| DONTE LASHAWN COLE | |

**<u>GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS</u>**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Robert C. Schupansky, Assistant United States Attorney for said district, and respectfully files the following Government's Position with Respect to Sentencing Factors in accordance with the United States Sentencing Commission, <u>Guidelines Manual</u>, Section 6A1.2.

Government counsel has received and reviewed the contents of the Presentence Investigation Report (PSIR) for the above-captioned case and the Government has no objections or requests for modification to the PSIR at this time.

Wherefore, the government respectfully submits its position with respect to sentencing factors.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Robert C. Schupansky*
ROBERT C. SCHUPANSKY
ASSISTANT U.S. ATTORNEY
PA ID No. 82158