IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Nos. 23-270 |
| | ) | 25-38 |
| DONTE LASHAWN COLE | ) | |

## **GOVERNMENT'S SENTENCING MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Robert C. Schupansky, Assistant United States Attorney for said district, submitting as follows:

As set forth in the Government's Position With Respect to Sentencing Factors, the Government has no objections or requests for modification of the Presentence Investigation Report (PIR). The Government has no additional evidence or information to provide to the Court in aid of sentencing that is not already included in the PIR.

Regarding the sentencing factors under 18 U.S.C. § 3553(a), the agreed upon sentence of 150 months would adequately address the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law and to provide just punishment for the offenses under § 3553(a)(2)(A). This range would also provide adequate deterrence and would protect the public under §§ 3553(a)(2)(B) and (C), while not creating an unwarranted disparity. The victims involved were consulted and have no objection to the imposition of the agreed upon sentence in the two matters pending sentencing before this Honorable Court.

Respectfully submitted,
TROY RIVETTI
Acting United States Attorney

*/s/ Robert C. Schupansky*
ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158