IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-270 |
| | 2:25-cr-038 |
| DONTE LASHAWN COLE | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order docketed at ECF No. 62, the parties are required to file a Joint Status Report addressing "whether an evidentiary hearing is needed on any matter that is relevant to sentencing, including departure motions and requests for variance." After conferring on the subject, the parties have concluded that no evidentiary hearing is needed to resolve any disputed issue at the time of sentencing.

At this time, no requests for restitution have been submitted; however, the plea agreement allows for bifurcation of sentencing to address restitution, if needed. Parties will provide an update to the Court prior to sentencing as it relates to the issue of restitution.

Respectfully Submitted,

/s/ *Gabrielle Lee*
Gabrielle Lee
Assistant Federal Public Defender

/s/ *Robert Schupasky*
Robert Schupansky
Assistant United States Attorney